UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN KOGHAN**, <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>**THE PRUDENTIAL INSURANCE CO. OF AMERICA**, <br><br>　　　　　　Defendant. | Case No. 4:23-cv-03289-YGR <br><br> **ORDER TO SHOW CAUSE WHY MOTION SHOULD NOT BE TERMINATED AS MOOT** |

The Court recently granted plaintiff Steven Koghan's motion to relate the above-captioned matter to *Steven Koghan v. The Prudential Ins. Co. of Am.*, Case No. 4:24-cv-02043-YGR.

The Court now turns to plaintiff's pending motion to stay this action until such time as plaintiff exhausts his administrative appeals. (*See* Dkt. No. 22.) As pled in the complaint filed in the recently related matter, he has now done so.

Thus, the Court **ORDERS** plaintiff to **SHOW CAUSE** why his motion shall not be terminated as moot. Koghan shall file a response of no more than **three (3) pages** by no later than **Monday, April 29, 2024**. Failure to do so shall be treated as a concession that termination of the motion is appropriate. If plaintiff files a response, defendant Prudential Insurance Company of America is entitled to file a reply of no more than **three (3) pages** by **Friday, May 3, 2024**.

**IT IS SO ORDERED.**

Dated: April 22, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**